**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-01065-CV

————————

**RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant**

**V.**

**HARRIS COUNTY, LINEBARGER GOGGAN BLAIR & SAMPSON LLP AND CITY OF HOUSTON, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71264**

## ORDER

The reporter's record in this case was due **December 30, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM